**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-7623**

LANCE M. JOHNSON,

              Plaintiff - Appellant,

      v.

JAMES DALTON, Circuit Court Judge; PAMELA BASKERVILLE,
Circuit Court Judge; PHILLIP T. DISTANISGELLO, JR., Defense
Attorney,

              Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Raymond A. Jackson, District
Judge.  (2:11-cv-00577-RAJ-FBS)

Submitted:  March 29, 2012          Decided:  April 3, 2012

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lance M. Johnson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lance M. Johnson appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) action for failure to state a claim under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Johnson v. Dalton, No. 2:11-cv-00577-RAJ-FBS (E.D. Va. Nov. 7, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED